# Third District Court of Appeal
## State of Florida

Opinion filed July 30, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D26-0500
Lower Tribunal No. 09-CF-176-A-M

————————————

**Pierson A. Villalobos,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Derek A. Lewis, Judge.

Pierson A. Villalobos, in proper person.

James Uthmeier, Attorney General, for appellee.

Before SCALES, C.J., and FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed.